# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RIVERTOWN TCI, L.P.,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | **NO. 24-2576** |
| **v.** | : | |
| | : | |
| **OPTYMYZE PTE LTD.**, *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 10th day of April 2026, upon consideration of Rivertown TCI, L.P.'s, ("Plaintiff"), *motion for sanctions*, (ECF 246), this Court's February 25, 2025 Rule to Show Cause Order, (ECF 259), and Defendant Mark Stiffler's ("Defendant Stiffler"), response thereto, (ECF 262), it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum opinion, the motion for sanctions is **GRANTED**, as follows:

   I.   The Clerk of Court is **DIRECTED** to revoke Defendant Stiffler's Electronic Case Filing System privileges;

   II.  Defendant Stiffler must seek beforehand leave from this Court to file any pleading or document in this case;

   III. Any motion seeking leave from this Court must include a declaration prepared pursuant to 28 U.S.C. § 1746, or a sworn affidavit certifying that:

   a.   the proposed filing raises a new issue that this Court has not already decided on the merits;

   b.   the claim or issue is not frivolous or misleading; and,

   c.   the filing is not submitted in bad faith or without a legal and factual basis for seeking relief.

It is further **ORDERED** that Plaintiff's motion for sanctions is **DENIED** in all other respects.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*